UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JEANINE MARIE
MILMERSTADT MAXWELL,

    Plaintiff,

v.                                              Case No: 6:20-cv-1117-GKS-LLL

KILOLO KIJAKAZI, ACTING
COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____

# ORDER

THIS CAUSE concerns Plaintiff Jeanine Marie Milmerstadt Maxwell's appeal[1] from a final decision[2] of the Defendant, the Acting Commissioner of the Social Security Administration (Commissioner), determining that Plaintiff was not disabled and denying her application for Disability Insurance Benefits.[3]

Plaintiff filed a Memorandum in Opposition to the Commissioner's Decision (Doc. 26), and Defendant filed a Memorandum in Support of the Commissioner's

---

[1] Complaint filed June 24, 2020. (Doc. 1).

[2] Decision, June 27, 2019. (Doc. 20-2). Subsequently, on April 21, 2020, the Appeals Council denied Plaintiff's request for a review of the Administrative Law Judge's (ALJ) decision. After exhausting her administrative remedies, Plaintiff filed her Complaint.

[3] The Commissioner filed a certified copy of the record before the Social Security Administration. (*See* Doc. 20.)

Decision (Doc. 30). The Court referred the matter to the United States Magistrate Judge for a report and recommendation (Report and Recommendation).

On January 20, 2022, the United States Magistrate Judge issued a Report and Recommendation (Doc. 34), recommending that the Administrative Law Judge's decision be affirmed. Thereafter, Plaintiff filed Objections to the Report and Recommendation (Doc. 36). The Defendant filed a Response to Plaintiff's Objections supporting adoption of the Report and Recommendation (Doc. 37).

After *de novo* review of the portions of the Report and Recommendation, (Doc. 34), to which Plaintiff objects, in this case the ALJ's findings are supported by substantial evidence, and the ALJ applied the proper legal analysis to Plaintiff's disability claims. It is hereby **ORDERED** and **ADJUDGED** as follows:

1. United States Magistrate Judge Laura Lothman Lambert's Report and Recommendation, (Doc. 34), is **APPROVED** and **ADOPTED** and is made part of this Order for all purposes, including appellate review.

2. The Commissioner's final decision in this case is **AFFIRMED** under sentence four of 42 U.S.C. § 405(g).

3. The Clerk of Court is **DIRECTED** to enter

**JUDGMENT** in favor of Defendant Commissioner and against Plaintiff, Jeanine Marie Milmerstadt Maxwell, and **CLOSE** the case.

**DONE AND ORDERED** at Orlando, Florida, this ___14___ day of March, 2022.

_____
G. KENDALL SHARP
SENIOR UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record
Unrepresented Parties

3